1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

ROBERT WAYNE SEDLAR,

No. 2:24-cv-0132 DB P

12

Petitioner,

13

v.

ORDER AND FNDINGS AND
RECOMMENDATIONS

14

SACRAMENTO CO. JAIL, et al.,

15

Respondents.

16

17      Petitioner is a county inmate prisoner proceeding pro se with a petition for a writ of

18  habeas corpus under 28 U.S.C. § 2254.  In an order filed May 25, 2024, this court ordered

19  petitioner to file a motion to proceed in forma pauperis or pay the filing fee within thirty days if

20  he wishes to proceed with this action.  Thirty days have passed and petitioner has not filed a

21  motion to proceed in forma pauperis, paid the filing fee, or otherwise responded to the court's

22  May 25 order.  Petitioner was warned in the May 25 order that his failure to comply with the

23  order would result in a recommendation that this action be dismissed.

24      Accordingly, the Clerk of the Court is HEREBY ORDERED to randomly assign a district

25  judge to this case; and

26      IT IS RECOMMENDED that this action be dismissed without prejudice for petitioner's

27  failure to comply with court orders.  Fed. R. Civ. P. 41; E.D. Cal. R. 110.

28  ////

1

1        These findings and recommendations will be submitted to the United States District Judge

2    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3    after being served with these findings and recommendations, petitioner may file written

4    objections with the court. The document should be captioned "Objections to Magistrate Judge's

5    Findings and Recommendations."  Petitioner is advised that failure to file objections within the

6    specified time may result in waiver of the right to appeal the district court's order.  <u>Martinez v.

7    Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).  In the objections, petitioner may address whether a

8    certificate of appealability should issue in the event an appeal of the judgment in this case is filed.

9    <u>See</u> Rule 11, Rules Governing § 2254 Cases (the district court must issue or deny a certificate of

10   appealability when it enters a final order adverse to the applicant).

11   Dated:  July 29, 2024

12

13

14       DEBORAH BARNES
         UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26   DLB:9
     DB Prisoner Inbox/Habeas/R/sedl0132.hc.fta fr

27

28

    2